# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Pedro Navarro

*Plaintiff*

v.

A Westphal, et al

*Defendant*

Civil Action No. 4:16-CV-05094-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion is DENIED. The Report and Recommendation is ADOPTED in its entirety. The First Amended Complaint is DISMISSED without prejudice to Plaintiff seeking appropriate remedies in state court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Shea  on a motion for leave to amend.

Date: December 29, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy

*(By) Deputy Clerk*

Cheryl Cambensy